FILED'08 SEP 29 08:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDALL HEIDE,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

Civ. No. 07-629-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#34) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 29 day of September, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER