FILED'08 SEP 29 08:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDALL HEIDE,

      Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendant.

Civ. No. 07-629-CL

**JUDGMENT**

Based on the record, judgment is for the Commissioner and this action is dismissed.

DATED this 29 day of September, 2008.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT